JOHNSON, J.,
concurs with reasons.
hi agree with the majority that Employers Self Insurers Fund is entitled to reimbursement for indemnity benefits and medical benefits. As one of the assignments of error, it was alleged the trial court erred because it could not set the amount awarded for reimbursement for the reason that La. R.S. 23:1378(l)(a) mandates that reimbursement is determined after a complete audit by the Second Injury Board.
The language of La. R.S. 23:1378 refers to reimbursement claims that have been approved by the Second Injury Board. *1078 Here, the claims were denied by the Board, and the case proceeded through the court system. The trial court had ample information to determine the reimbursement amounts for the indemnity benefits and the medical benefits. For these reasons, I, respectfully, concur with the majority regarding the amounts of the awards in favor of Employers Self Insurers Fund.